# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: February 20, 2004)

NAVAJO REFINING COMPANY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

In light of the Federal Circuit's decision on February 2, 2004 to grant the interlocutory appeals of Tesoro Hawaii Corporation v. United States, 58 Fed. Cl. 65 (2003) and Hermes Consolidated, Incorporated v. United States, 58 Fed. Cl. 409 (2003),[1] cases involving legal issues substantially similar to those presented in plaintiff's complaint in this matter, the parties shall show cause on or before March 12, 2004 why this matter should not be stayed pending the Federal Circuit's consideration of the Tesoro and Hermes cases.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]The cases are consolidated on appeal under CAFC Case No. 04-5064.