# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: March 8, 2004)

| | |
|---|---|
| NAVAJO REFINING COMPANY, L.P., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Before the court unfiled is Defendant's Response to Show Cause Order and Unopposed Motion for an Enlargement of Time. Defendant has attempted to file a paper version of the document. Because this case was converted to electronic case filing on September 8, 2003, the document cannot be filed in its current format. The Clerk of the Court shall return the document to defendant.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge