**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NAVAJO REFINING COMPANY, L.P.,<br><br>and<br><br>MONTANA REFINING COMPANY,<br>a Partnership,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1220C<br>(Judge Hewitt) |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs Navajo Refining Company, L.P. ("Navajo Refining") and Montana Refining Company, a Partnership ("Montana Refining"), hereby respond to the Court's February 20, 2004 Order to show cause why this matter should not be stayed pending the Federal Circuit's resolution of the interlocutory appeals of *Tesoro Hawaii Corporation v. United States*, 58 Fed. Cl. 65 (2003), and *Hermes Consolidated, Inc., d/b/a Wyoming Refining Company v. The United States*, 58 Fed. Cl. 409 (2003).

Plaintiffs request the Court to stay proceedings in this case until the Federal Circuit's issuance of a decision in *Tesoro Hawaii.* However, Plaintiffs request that the Government be directed to respond to the Plaintiffs' previously-served discovery requests. Plaintiffs served their request for production of documents on February 3, 2004, nearly three weeks before the

Court ordered the parties to show cause why the case should not be stayed.

Respectfully submitted,

/s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Navajo Refining Company, L.P. and
Montana Refining Company, a Partnership

*Of Counsel*:

Adrian L. Steel, Jr.
William C. Paxton
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

W. John Glancy
Holly Corporation
100 Crescent Court
Dallas, TX 75201-6427

March 12, 2004