# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: May 18, 2004)

| | |
|---|---|
| NAVAJO REFINING COMPANY, L.P., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Further to the court's Show Cause Order dated February 20, 2004 and by agreement of the parties, and subject to the exception contained in the second paragraph of this order, this case is STAYED pending the Federal Circuit's consideration of the interlocutory appeals in Tesoro Hawaii Corporation v. United States, 58 Fed. Cl. 65 (2003) and Hermes Consolidated, Incorporated v. United States, 58 Fed. Cl. 409 (2003),[1] cases involving legal issues substantially similar to those presented in plaintiff's complaint in this matter. On or before fourteen days after the issuance of the Federal Circuit's decision, the parties shall file a joint status report with the court proposing further proceedings in this matter.

Notwithstanding the stay of these proceedings, defendant shall respond to the discovery requests propounded by plaintiff on February 3, 2004, nearly three weeks before the issuance of the court's Show Cause Order.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]The cases are consolidated on appeal under CAFC Case No. 04-5064.