# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: August 2, 2004)

______________________________

NAVAJO REFINING COMPANY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

______________________________

NOTICE OF ERRATA

The court's opinion and order filed on October 27, 2003 contained errata in the numbering of the footnotes therein. In the version of the opinion electronically filed in the docket of this court as document no. 39, footnotes numbered 1-7 were followed by footnotes numbered 4-7. The footnotes of the opinion should be read as footnotes numbered 1-11, as published in the Federal Claims Reporter, 58 Fed. Cl. 200 (2003).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge