# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: September 17, 2004)

NAVAJO REFINING COMPANY, L.P., Plaintiff,

v.

THE UNITED STATES, Defendant.

ORDER

Before the court is Plaintiffs' Unopposed Motion to Partially Lift Stay for Purposes of Filing Plaintiffs' Second Amended Complaint. Based on the representations contained therein, the motion is GRANTED. The stay in this case is lifted for the limited purpose of filing plaintiffs' second amended complaint.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge