# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: December 3, 2004)

| | |
|---|---|
| NAVAJO REFINING COMPANY, L.P., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiffs' Joint Motion to Partially Lift Stay for Entry of Protective Order, filed electronically on December 2, 1220. For subsequent filings, plaintiffs are informed that proper docketing of this document requires the use of two relief codes: a motion to lift stay and a motion for protective order. By leave of court, the Clerk of the Court shall accept this item for filing.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge