# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: December 3, 2004)

| | |
|---|---|
| NAVAJO REFINING COMPANY, L.P., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiffs' Joint Motion to Partially Lift Stay for Entry of Protective Order, filed electronically on December 2, 1220. The motion to partially lift stay is GRANTED for the limited purpose of addressing plaintiffs' proposed protective order.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge