# In the United States Court of Federal Claims

No. 02-1220 C

(E-Filed: December 3, 2004)

NAVAJO REFINING COMPANY, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is plaintiffs' Joint Motion to Partially Lift Stay for Entry of Protective Order (Joint Motion), filed electronically on December 2, 1220. The Protective Order attached to the Joint Motion is hereby ADOPTED as an ORDER by the court with the following two amendments:

(1) Paragraph 6. Delete the word "case" in the final sentence of paragraph 6.

(2) Paragraph 13. Add paragraph 13 after paragraph 12 as follows:

13. This order may be amended from time to time as justice may require.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge