IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO REFINING COMPANY, L.P., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MONTANA REFINING COMPANY, | ) | No. 02-1220C |
| a Partnership, | ) | (Judge Hewitt) |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 18, 2004 and May 13, 2005 Orders, Plaintiffs, Navajo Refining Company, L.P., and Montana Refining Company, a Partnership (collectively "Plaintiffs"), and Defendant, the United States, respectfully submit this Joint Status Report in response to the Court's inquiry concerning the issuance of a Federal Circuit decision in the similarly-situated case of *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir. Apr. 26, 2005).

Plaintiffs-Appellants in *Tesoro*, also represented by counsel of record for Plaintiffs here, have stated that they intend to file a petition for rehearing *en banc* before the Federal Circuit. Because *Tesoro* involves the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case, Plaintiffs and the United States jointly request that the Court continue the stay of proceedings in this case until resolution of the petition for rehearing *en banc* in *Tesoro*. Should the Court grant the parties' request to continue the stay, the

parties will file a Status Report within fourteen days of the issuance of the mandate in *Tesoro*.

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Navajo Refining Company, L.P., and
Montana Refining Company, a Partnership

*Of Counsel*:

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

W. John Glancy
Holly Corporation
100 Crescent Court
Dallas, TX 75201-6427

May 20, 2005

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2311
Fax: (202) 353-7988

*Of Counsel*:

BERNARD A. DUVAL
Counsel
HOWARD. M. KAUFER
DONALD S. TRACY
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Fort Belvoir, VA 22060

Attorneys for Defendant, United States

May 20, 2005