IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO REFINING COMPANY, L.P.,<br><br>And<br><br>MONTANA REFINING COMPANY,<br>a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1220C<br>(Judge Hewitt) |

**STATUS REPORT**

Plaintiffs, Navajo Refining Company, L.P., and Montana Refining Company, a Partnership, respectfully submit the following Status Report addressing the course of further proceedings in this matter. In view of the course of events in other similarly situated military fuel cases pending before this Court, Plaintiffs seek to stay proceedings in this case pending final judgment in one of the other similarly situated cases. Plaintiffs seek a stay because they believe a stay will permit the case to be resolved more cost-effectively. Plaintiffs believe that if one of the other cases is resolved first, Plaintiffs' case likely can proceed more quickly and, therefore, in a less costly way. Plaintiffs perceive no prejudice to Defendant or added burden to the Court as a result of the proposed stay. Either the case will proceed more quickly following judgment in one of the other cases and lifting of the stay here, or, at most, the case will follow the same course it would have in the absence of the stay, albeit at a later date. Should circumstances change with respect to the stay, either party or the court, *sua sponte*, may revisit the stay to ensure that the interests of justice are preserved. Plaintiffs will be prepared to discuss their

proposal for a stay at the February 10, 2006 Status Conference. Plaintiffs have been advised that Defendant does not oppose Plaintiffs' proposal for a stay.

Respectfully submitted,

s/J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiffs,
Navajo Refining Company, L.P., and
Montana Refining Company, a Partnership,

*Of Counsel:*

Adrian L. Steel, Jr.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

W. John Glancy
Erin Royston
Holly Corporation
100 Crescent Court
Dallas, TX 75201-6427

February 9, 2006