# In the United States Court of Federal Claims

No. 02-1220 C
(E-Filed: February 10, 2006)

NAVAJO REFINING COMPANY, L.P., et al.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On February 9, 2006, plaintiffs filed a Status Report in which plaintiffs requested a continuation of the stay, a request to which defendant did not object. On February 10, 2006 at 10:55 A.M., the court held a telephonic status conference (TSC), during which the parties clarified their request to continue the stay. The court accordingly construes the Status Report as a Motion to Continue the Stay. Further to the parties' request contained in plaintiffs' Status Report filed on February 9, 2006 and clarified during the 10:55 A.M. telephonic status conference on February 10, 2006, the court GRANTS the parties' motion. If a circumstance comes to the attention of the parties, or either of them, under which the interests of justice would be best served by revisiting the order to stay the proceedings, the parties, or either of them, shall, by motion, advise the court of that circumstance and shall move the court to reconsider the order to stay.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge