# In the United States Court of Federal Claims

No. 02-1220 C
(E-Filed: December 11, 2007)

NAVAJO REFINING COMPANY, L.P., et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

This case was stayed pending the resolution of La Gloria v. United States, No. 04-465C, in the United States Court of Appeals for the Federal Circuit. The mandate in that case has now been issued. The STAY in this case is LIFTED. On or before Thursday, December 27, 2007, the parties shall file a joint status report (or, if the parties cannot agree, separate status reports) proposing future proceedings in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge