IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO REFINING COMPANY, L.P.,<br><br>and<br><br>MONTANA REFINING COMPANY,<br>a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1220C<br>(Judge Hewitt) |

**STATUS REPORT**

Pursuant to the Court's December 11, 2007 Order, Plaintiffs on behalf of both parties respectfully submit this Status Report. The parties have reached agreement in principle to settle the case; however, additional time is need for the parties to sign a settlement agreement. The parties contemplate filing a joint stipulation for dismissal on or before January 15, 2008.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiffs,
Navajo Refining Company, L.P.,
and Montana Refining Company

December 20, 2007