# In the United States Court of Federal Claims

No. 02-1220 C
(E-Filed: December 28, 2007)

NAVAJO REFINING COMPANY, L.P., et al.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the Status Report submitted by plaintiffs on behalf of the parties. Further to the representations therein, the parties shall, if the case has not been dismissed, file a Joint Status Report on or before January 16, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge